Matthew McNease
Acting Legal Officer
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0616

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Docket 6:11-mj-00135-MJS |
| Plaintiff, | ) ) | MOTION TO DISMISS; AND ORDER THEREON |
| v. | ) ) | |
| WILLIAM MAROTZ, | ) ) | |
| Defendant. | ) ) | |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal without prejudice.

.                                      NATIONAL PARK SERVICE


                                        /s/ Matthew McNease
Dated: March 29, 2012                   Matthew McNease
                                        Acting Legal Officer


**ORDER**


IT IS SO ORDERED.

Dated:   March 29, 2012            /s/ *Michael J. Seng*
                                   UNITED STATES MAGISTRATE JUDGE

1